UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JORDAN WILLIAMS,**  **PETITIONER**
ADC #164235

V.  NO. 4:22-CV-728-BRW

**DEXTER PAYNE**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order that was entered on September 20, 2022, it is considered, ordered, and adjudged that this case is DISMISSED, without prejudice. Judgment is entered in favor of Respondent Dexter Payne, and a certificate of appealability is denied.

IT IS SO ADJUDGED this 11th day of October, 2022.

                                                       BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE